MICHAEL G. KING
Nevada Bar No. 8827
HENNELLY & GROSSFELD LLP
10900 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
Phone (310) 305-2100
Facsimile (310) 305-2116
mking@hgla.com
acanepa@hgla.com

TRACEY B. HOWARD
Nevada Bar No. 4543
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
thoward@winnerfirm.com

*Attorneys for Emerson Process Management Power & Water Solutions, Inc. and Brendan Wesolowski*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH KIM, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>BRENDAN WESOLOWSKI, an individual; EMERSON AUTOMATION SOLUTIONS, a corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO.: 2:24-cv-00785-JAD-MDC<br><br>**AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LR 26-3 AND [PROPOSED] ORDER** |

{00439035 }                          1

Plaintiff, DEBORAH KIM and Defendants BRENDAN WESOLOWSKI and EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC., by and through their respective counsel, pursuant to District of Nevada LR 26-3 and pursuant to the November 4, 2024 Order of the Magistrate Judge, Hon. Maximiliano D. Couvillier III (ECF 26), hereby submit this amended stipulation to a continuance of discovery deadlines as follows:

A.   **STATEMENT SPECIFYING COMPLETED DISCOVERY**:

1. The parties have exchanged their FRCP 26 initial disclosures, as well as multiple supplements thereto;
2. The parties have produced documents and exchanged written discovery; and
3. The parties deposed a witness to the incident.

B.   **STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**:

1. Deposition of plaintiff Deborah Kim;
2. Depositions of defendants Brendan Wesolowski and Emerson Process Management Power & Water Solutions, Inc.;
3. Depositions of plaintiff's treating physicians; and
4. Depositions of defendant's experts.

C.   **REASONS THAT DISCOVERY WILL NOT BE COMPLETED IN THE TIME LIMITS**:

On or around October 30, 2024, the parties agreed to mediate this auto accident case before incurring certain discovery costs (including, the cost of expert reports, expert depositions, and the PMK deposition of Defendant Emerson Process Management Power & Water Solutions, Inc.)  On or around November 4, 2024, the parties selected a mediator and a mediation date – the parties will mediate on or around January 14, 2025 (the parties will complete the deposition of plaintiff Deborah Kim, the independent medical examinations of plaintiff, and the deposition of defendant Brendan Wesolowski before mediation).

Further, on or around October 28, 2024, plaintiff informed defendants that she was recommended for a new surgery with a new surgeon, for injuries that she allegedly sustained in (or as a result of) the incident alleged in the complaint. On October 29, 2024, plaintiff identified the

new surgeon in its supplemental FRCP 26 initial disclosures. Plaintiff agreed to supplement her document production and written discovery responses with the new information. Defendants will need additional time to review these responses and documents and conduct discovery.

**D.    STATEMENT OF GOOD CAUSE:**

The parties are mediating on or around January 14, 2025, and agree that after mediation there will be time to complete discovery. Therefore, the parties agree to a 75-day extension of all remaining deadlines. There is good cause for this extension because 1) the parties agreed to mediate the matter before incurring certain discovery costs, and 2) on or around October 28, 2024, plaintiff informed defendants of her new surgery with a new surgeon. The parties stipulated to the requested extension and proposed the stipulation to the Court as soon as practicable.

**E.    CURRENT SCHEDULE FOR COMPLETING DISCOVERY:**

| | |
|---|---|
| Initial Expert Disclosure: | November 18, 2024 |
| Rebuttal Expert Disclosure: | December 18, 2024 |
| Close of Fact Discovery: | December 19, 2024 |
| Close of Expert Discovery: | January 17, 2025 |
| Dispositive Motion Deadline: | February 18, 2025 |
| Joint Pre-Trial Order: | March 20, 2025 |

**F.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

| | |
|---|---|
| Initial Expert Disclosure: | February 3, 2025 |
| Rebuttal Expert Disclosure: | March 3, 2025 |
| Close of Fact Discovery: | March 4, 2025 |
| Close of Expert Discovery: | April 2, 2025 |
| Dispositive Motion Deadline: | May 5, 2025 |
| Joint Pre-Trial Order: | June 3, 2025 |

**G.    CURRENT TRIAL DATE:**

There is no trial date set for this matter.

///

WHEREFORE, the parties respectfully request this Honorable Court adopt the parties' foregoing discovery stipulation.

Respectfully submitted,

Dated this 4th day of November 2024

LAGSTEIN LAW FIRM, P.C.

\_\_/s/ Eran Lagstein_____
Eran Lagstein
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
eran@lagsteinlawfirm.com
*Attorney for plaintiff Deborah Kim*

Dated this 4th day of November 2024

HENNELLY & GROSSFELD LLP

_____
Michael G. King
Nevada Bar No. 8827
10900 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
*Attorneys for Emerson Process Management Power & Water Solutions, Inc. and Brendan Wesolowski*

WINNER & BOOZE

/s/ Tracey B. Howard
Tracey B. Howard
Nevada Bar No. 4543
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorney for Emerson Process Management Power & Water Solutions, Inc. and Brendon Wesolowski*

**[PROPOSED] ORDER**

On review of the foregoing stipulation of the parties and finding good cause therefore, **IT IS SO ORDERED** that the deadlines are extended, as requested and written herein.

_____
Hon. Maximiliano D. Couvillier III
Magistrate Judge of the United States District Court, District of Nevada