MICHAEL G. KING
Nevada Bar No. 8827
HENNELLY & GROSSFELD LLP
10900 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
Phone (310) 305-2100
Facsimile (310) 305-2116
mking@hgla.com
acanepa@hgla.com

TRACEY B. HOWARD
Nevada Bar No. 4543
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
thoward@winnerfirm.com

*Attorneys for Emerson Process Management
Power & Water Solutions, Inc. and
Brendan Wesolowski*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH KIM, an individual, | CASE NO.: 2:24-cv-00785-JAD-MDC |
|         Plaintiff, | **STIPULATION TO EXTEND DISCOVERY** |
| v. | **DEADLINES PURSUANT TO LR 26-3 AND** |
| BRENDAN WESOLOWSKI, an individual; EMERSON AUTOMATION SOLUTIONS, a corporation; and DOES 1-10, inclusive, | **[PROPOSED] ORDER** |
|         Defendants. | |

{00443940 }                                          1

Plaintiff, DEBORAH KIM and Defendants BRENDAN WESOLOWSKI and EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC., by and through their respective counsel, pursuant to District of Nevada LR 26-3, hereby submit this stipulation to a continuance of discovery deadlines as follows:

**A.** **STATEMENT SPECIFYING COMPLETED DISCOVERY:**

    1. The parties have exchanged their FRCP 26 initial disclosures, as well as multiple supplements thereto;

    2. The parties have produced documents and exchanged written discovery; and

    3. The parties deposed a witness to the incident;

    4. Plaintiff Deborah Kim has been deposed;

    5. Deposition of defendant Brendan Wesolowski.

**B.** **STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED:**

    1. Depositions of plaintiff's experts; and

    2. Depositions of defendant's experts.

**C.** **REASONS THAT DISCOVERY WILL NOT BE COMPLETED IN THE TIME LIMITS:**

On or around February 3, 2025, the parties exchanged Initial Expert Witness Disclosures. The expert witnesses disclosed by Plaintiff and Defendants include seven retained medical type experts, six of whom are doctors with busy schedules and limited availability for depositions. On March 4, 2025, Defendant identified expert availability for three of its five retained experts. At the time of filing this Stipulation and [Proposed] Order, the parties are diligently reaching out to their remaining respective experts for deposition dates. While the parties have agreed on scheduling deposition dates for the experts, several of those experts are only available past the expert discovery deadline cutoff.

    **D.** **STATEMENT OF GOOD CAUSE:**

The soonest deposition scheduled in this matter is a deposition of Plaintiff's healthcare financial expert, Lawrence Lievense, scheduled for March 21, 2025. Plaintiff has provided availabilities for its other experts for various dates in April, 2025. However, all of the provided

dates on which Plaintiffs' other experts are available are after the close of expert discovery, currently scheduled for April 2, 2025.  The parties are diligently communicating and finalizing the schedules for expert depositions, but will not be able to depose all experts by the close of expert discovery. Therefore, the parties agree to a 45-day extension of all remaining deadlines. There is good cause for this extension because 1) the parties are diligently communicating to schedule depositions of all retained experts, and 2) the parties would be prejudiced if the retained experts identified by each party cannot be deposed. The parties stipulated to the requested extension and proposed the stipulation to the Court as soon as practicable.

**E.    CURRENT SCHEDULE FOR COMPLETING DISCOVERY:**

| | |
|---|---|
| Close of Expert Discovery: | April 2, 2025 |
| Dispositive Motion Deadline: | May 5, 2025 |
| Joint Pre-Trial Order: | June 3, 2025 |

**F.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

| | |
|---|---|
| Close of Expert Discovery: | May 19, 2025 |
| Dispositive Motion Deadline: | June 20, 2025 |
| Joint Pre-Trial Order: | July 18, 2025 |

**G.    CURRENT TRIAL DATE:**

There is no trial date set for this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    WHEREFORE, the parties respectfully request this Honorable Court adopt the parties'

2    foregoing discovery stipulation.

3

4    Respectfully submitted,

5

6    Dated this 12ᵗʰ day of March, 2025          Dated this 12ᵗʰ day of March, 2025

7    LAGSTEIN LAW FIRM, P.C.                    HENNELLY & GROSSFELD LLP

8

9    _/s/ Eran Lagstein_____          _____
     Eran Lagstein                                Michael G. King
10   5940 South Rainbow Boulevard               Nevada Bar No. 8827
     Las Vegas, Nevada 89118                    10900 Wilshire Boulevard, Suite 400
11   eran@lagsteinlawfirm.com                   Los Angeles, California 90024
     *Attorney for plaintiff Deborah Kim*       *Attorneys for Emerson Process*
12                                              *Management Power & Water Solutions,*
                                                *Inc. and Brendan Wesolowski*
13

14

15                                              WINNER & BOOZE

16                                              /s/ Tracey B. Howard

17                                              Tracey B. Howard
                                                Nevada Bar No. 4543
18                                              1117 South Rancho Drive
                                                Las Vegas, Nevada 89102
19                                              *Attorney for Emerson Process*
                                                *Management Power & Water Solutions,*
20                                              *Inc. and Brendon Wesolowski*

21

22

23

24

25

26

27

28

{00443940 }                                    4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

On review of the foregoing stipulation of the parties and finding good cause therefore, **IT IS SO ORDERED** that the deadlines are extended, as requested and written herein. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

_____
Hon. Maximiliano D. Couvillier III
Magistrate Judge of the United States District
Court, District of Nevada
Date: 3/14/25

1

## CERTIFICATE OF SERVICE

2

3
   I certify that on this 12th day of March, 2025, the foregoing **STIPULATION TO EXTEND**

4
**DISCOVERY DEADLINES PURSUANT TO LR 26-3 AND [PROPOSED] ORDER** was served

5
on the parties via electronic service through the United States District Court for the District of

6
Nevada's ECF system per the agreement of counsel addressed as follows:

7

8
Eran Lagstein
LAGSTEIN LAW FIRM, P.C.
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118

9

10
eran@lagsteinlawfirm.com
*Attorney for plaintiff Deborah Kim*

11

12

13
_Melissa Palka_
Melissa Palka

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28