MICHAEL G. KING
Nevada Bar No. 8827
HENNELLY & GROSSFELD LLP
10900 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
Phone (310) 305-2100
Facsimile (310) 305-2116
mking@hgla.com
rpistone@hgla.com

TRACEY B. HOWARD
Nevada Bar No. 4543
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
thoward@winnerfirm.com

*Attorneys for Emerson Process Management Power & Water Solutions, Inc. and Brendan Wesolowski*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH KIM, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BRENDAN WESOLOWSKI, an individual; EMERSON AUTOMATION SOLUTIONS, a corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-00785-JAD-MDC <br><br> **SECOND STIPULATION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LR 26-3 AND [PROPOSED] ORDER** |

{00446679 }                                                1

Plaintiff, DEBORAH KIM and Defendants BRENDAN WESOLOWSKI and EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC., by and through their respective counsel, pursuant to District of Nevada LR 26-3, hereby submit this stipulation to a continuance of discovery deadlines as follows:

A.  **STATEMENT SPECIFYING COMPLETED DISCOVERY**:

1. The parties have exchanged their FRCP 26 initial disclosures, as well as multiple supplements thereto;
2. The parties have produced documents and exchanged written discovery; and
3. The parties deposed a witness to the incident;
4. Plaintiff Deborah Kim has been deposed;
5. Deposition of defendant Brendan Wesolowski;
6. Deposition of defendant expert Dr. Roman Sibel.

B.  **STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**:

1. Depositions of plaintiff's three experts; and
2. Depositions of defendant's two experts.

C.  **REASONS THAT DISCOVERY WILL NOT BE COMPLETED IN THE TIME LIMITS**:

On or around February 3, 2025, the parties exchanged Initial Expert Witness Disclosures. The expert witnesses disclosed by Plaintiff and Defendants include seven retained medical type experts, six of whom are doctors with busy schedules and limited availability for depositions. On or around May 9, 2025, the day two expert depositions (Drs. Shannon and Watson) were scheduled to be completed, Plaintiff's counsel came down with an illness which required re-scheduling of the depositions of Drs. Shannon and Watson, as well as for Dr. Forage, which was scheduled for May 14, 2025. Dr. Shannon's deposition was concluded and rescheduled to allow her time to adjust her life care plan prior to being deposed. Lastly, Defendant's expert Dr. Forage has indicated that he has no deposition dates available in the month of May and requires a June 2025 date for his rescheduled deposition. At the time of filing this Stipulation and [Proposed] Order, the parties are diligently reaching out to their remaining respective experts for deposition dates. While the parties

have agreed on scheduling deposition dates for the experts, at least one of those experts are only available past the expert discovery deadline cutoff.

D. **STATEMENT OF GOOD CAUSE:**

As addressed above, several of the expert depositions previously on calendar needed to be rescheduled due to Plaintiff's counsel's illness and the need for an updated life care plan from Dr. Shannon. The soonest deposition scheduled in this matter is a deposition of Plaintiff's pain management, causation, and damages expert Dr. Fisher, set for May 16, 2025. Plaintiff has provided availabilities for its other experts for various dates in May and June, 2025. However, Plaintiff's orthopedic spine surgeon expert Dr. Grover's soonest deposition availability is May 22, 2025, while Defendant's expert, Dr. Forage, only has availability in June. The availability of both Doctors are after the close of expert discovery currently scheduled for May 19, 2025. The parties are diligently communicating and finalizing the schedules for expert depositions, but will not be able to depose all experts by the close of expert discovery. Therefore, the parties agree to a 45-day extension of all remaining deadlines. There is good cause for this extension because 1) the parties are diligently communicating to schedule depositions of all retained experts, and 2) the parties would be prejudiced if the retained experts identified by each party cannot be deposed. The parties stipulated to the requested extension and proposed the stipulation to the Court as soon as practicable.

E. **CURRENT SCHEDULE FOR COMPLETING DISCOVERY:**

| | |
|---|---|
| Close of Expert Discovery: | May 19, 2025 |
| Dispositive Motion Deadline: | June 20, 2025 |
| Joint Pre-Trial Order: | July 18, 2025 |

F. **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

| | |
|---|---|
| Close of Expert Discovery: | July 3, 2025 |
| Dispositive Motion Deadline: | August 4, 2025 |
| Joint Pre-Trial Order: | September 2, 2025 |

G. **CURRENT TRIAL DATE:**

There is no trial date set for this matter.

{00446679 }                                              3

WHEREFORE, the parties respectfully request this Honorable Court adopt the parties' foregoing discovery stipulation.

Respectfully submitted,

| | |
|---|---|
| Dated this 14th day of May, 2025 | Dated this 14th day of May, 2025 |
| LAGSTEIN LAW FIRM, P.C. | HENNELLY & GROSSFELD LLP |
| /s/ Eran Lagstein<br>Eran Lagstein<br>5940 South Rainbow Boulevard<br>Las Vegas, Nevada 89118<br>eran@lagsteinlawfirm.com<br>*Attorney for plaintiff Deborah Kim* | _____<br>Michael G. King<br>Nevada Bar No. 8827<br>10900 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90024<br>*Attorneys for Emerson Process Management Power & Water Solutions, Inc. and Brendan Wesolowski* |
| | WINNER & BOOZE |
| | /s/ Tracey Howard<br>Tracey B. Howard<br>Nevada Bar No. 4543<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br>*Attorney for Emerson Process Management Power & Water Solutions, Inc. and Brendon Wesolowski* |

## [PROPOSED] ORDER

On review of the foregoing stipulation of the parties and finding good cause therefore, **IT IS SO ORDERED** that the deadlines are extended, aps requested and written herein.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 5/15/2025