ERAN LAGSTEIN
Nevada Bar No. 7413
LAGSTEIN LAW FIRM, P.C.
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Phone: (323) 330-0507
Facsimile: (323) 330-0508
eran@lagsteinlawfirm.com

*Attorneys for Plaintiff, Deborah Kim*

MICHAEL G. KING
Nevada Bar No. 8827
HENNELLY & GROSSFELD LLP
10900 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
Phone: (310) 305-2100
Facsimile: (310) 305-2116
mking@hgla.com

TRACEY BRICE HOWARD
Nevada Bar No. 4543
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone: (702) 243-7000
Facsimile: (702) 243-7059
thoward@winnerfirm.com

*Attorneys for Defendants, Emerson Process
Management Power & Water Solutions, Inc.
and Brendan Wesolowski*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH KIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRENDAN WESOLOWSKI, an individual; EMERSON AUTOMATION SOLUTIONS, a corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00785-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 57 |

{00462019 }

1

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Deborah Kim, by and through her attorney of record, Eran Lagstein, Esq., and Defendants, Brendan Wesolowski and Emerson Process Management Power & Water Solutions, Inc. (erroneously sued as Emerson Automation Solutions), by and through their attorneys of record, Michael G. King, Esq. and Robert A. Pistone, Esq. of HENNELLY & GROSSFELD, LLP and Christine M. Booze, Esq. and Tracey B. Howard, Esq. of WINNER & BOOZE, that this entire action be dismissed with prejudice, with each of the parties to bear their own respective attorney fees and costs herein incurred.

This matter is not scheduled for trial.

Respectfully submitted,

| | |
|---|---|
| Dated this _10 day of June 2026 | Dated this _10 day of June 2026 |
| LAGSTEIN LAW FIRM, P.C. | HENNELLY & GROSSFELD LLP |
| _/s/ Eran Lagstein_____ | /s/ Michael G. King_____ |
| Eran Lagstein | Michael G. King |
| 5940 South Rainbow Boulevard | Nevada Bar No. 8827 |
| Las Vegas, Nevada 89118 | 10900 Wilshire Boulevard, Suite 400 |
| eran@lagsteinlawfirm.com | Los Angeles, California 90024 |
| *Attorney for Plaintiff Deborah Kim* | *Attorneys for Emerson Process Management Power & Water Solutions, Inc. and Brendan Wesolowski* |

WINNER & BOOZE

_/s/ Tracey B. Howard_____
Tracey B. Howard
Nevada Bar No. 4543
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorney for Emerson Process Management Power & Water Solutions, Inc. and Brendon Wesolowski*

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## <u>ORDER</u>

Based on the parties' stipulation [ECF No. 57] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 18, 2026

{00462019 }                                          3

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**